DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 06/2022)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  MAG. NO. 23-1116 |
| CEDRIC SPIVEY | * |

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ] Other:

Date: Oct 19, 2023

/s/ Sharon A. King
Honorable Sharon A. King
United States Magistrate Judge