# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                 Magistrate No.____23-1116_____

       v.

CEDRIC SPIVEY

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this _____19th_____ day of _____October_____, 2023

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.


                      /s/ Sharon A. King
                      HONORABLE SHARON A. KING
                      UNITED STATES MAGISTRATE JUDGE